**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

DIRECTV, INC., a California corporation,

Plaintiff,

vs.

TIM RYNESS,

Defendant.

Case No.: CIV-S-04-2036 KJM

**ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT TIM RYNESS AND REQUEST TO RETAIN JURISDICTION**

HAVING READ AND CONSIDERED the parties' Stipulation for Voluntary Dismissal of Defendant TIM RYNESS and Request to Retain Jurisdiction filed July 1, 2005 (the Stipulation), having reviewed the docket for this action, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant TIM RYNESS is hereby dismissed from this action without prejudice;

(2) Each of the parties to the Stipulation shall bear its/his own costs and attorneys' fees; and

(3) The undersigned shall retain jurisdiction over Plaintiff DIRECTV and

/////

/////

BNFY 570535v1 -1- (CIV-S-04-2036 KJM)

**ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT TIM RYNESS AND REQUEST TO RETAIN JURISDICTION**

Defendant TIM RYNESS to enforce the terms of the Settlement Agreement between those parties dated May 12, 2005, as set forth in the Stipulation.

DATED: July 5, 2005.

UNITED STATES MAGISTRATE JUDGE